680

44 So.2d 913

### Henry HAYWOOD v. STATE.
### 7 Div. 995.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Manslaughter, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

47 So.2d 923

### Fred HEAD v. STATE.
### 6 Div. 958.

Court of Appeals of Alabama.
Aug. 29, 1950.

Appeal from Circuit Court, Blount County; J. S. Stone, Judge.

Leaving scene of accident.

Scruggs & Scruggs, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

PER CURIAM.
Former orders of this Court are hereby withdrawn and held for naught. The appeal is dismissed by consent of the parties.

51 So.2d 913

### Sherman (alias Red) HESTER v. STATE.
### 8 Div. 973.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

PER CURIAM.
Affirmed.

44 So.2d 913

### Annie Laura HILL, alias Hilliard v. STATE.
### 7 Div. 999.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Murder, second degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal. dismissed.

44 So.2d 914

### Herman HILL v. STATE.
### 8 Div. 826.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Limestone County Court; D. L. Rosenau, Jr., Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

48 So.2d 891

### Elvin Kelly HOBBY v. STATE.
### I Div. 616.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Probate Court, Washington County; J. G. Kimbrough, Judge.

Habeas Corpus.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.